In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law.— Motion for an open commission denied. Permission to examine the witness

Felix Blankenbaker is granted upon written interrogatories, without prejudice to a renewal of the application for an open commission if the examination of such witness discloses the necessity.